No. 908. RAILWAY EXPRESS AGENCY, INC., *v.* RAIL-ROAD RETIREMENT BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Robert J. Fletcher* and *Francis M. Shea* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander, Lionel Kestenbaum, Myles F. Gibbons* and *Edward E. Reilly* for the Railroad Retirement Board, and *Lester P. Schoene* for the Brotherhood of Railway & Steamship Clerks, Freight Handlers, Express & Station Employes et al., respondents.

No. 915. DESSI *v.* PENNSYLVANIA RAILROAD Co. C. A. 3d Cir. Certiorari denied. *Joseph S. Lord, III,* and *Seymour I. Toll* for petitioner. *Philip Price* for respondent.

No. 919. CALIFORNIA, DEPARTMENT OF MENTAL HYGIENE, *v.* COPUS. Supreme Court of Texas. Certiorari denied. *Edmund G. Brown,* Attorney General of California, and *B. Abbott Goldbert, Elizabeth Palmer* and *Wiley W. Manuel,* Deputy Attorneys General, for petitioner.

No. 922. AMERICAN EXPORT LINES, INC., ET AL. *v.* HELLENIC LINES, LTD., ET AL. C. A. 2d Cir. Certiorari denied. *Kenneth Gardner* and *James M. Estabrook* for petitioners. *Wilbur E. Dow, Jr.* and *Daniel L. Stonebridge* for respondents.

No. 923. PRESSED STEEL CAR Co., INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Earl F. Reed* and *William T. Hannan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.